[No. 24766-2-I. Division One. April 15, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL LEROY LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King

1074

County, No. 89-1-01821-3, Arthur E. Piehler, J., entered July 27, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., Winsor, J. Pro Tem., dissenting.